United States Bankruptcy Court                                          March 27, 2018

The Madison Building

400 Washington Street

Reading, PA 19601

RE: Bankruptcy Case 17-18227 – Motion for Relief

Dear Sirs,

    I apologize for the lateness of this response. It was mailed from my attorney 03/21/18 and I received it 03/24/18.

    I am not writing to dispute any of the information in this filing except an additional payment in the amount of $210.00 was sent to Honda on 03/08/18 and it was not represented in this notice. I am aware that I signed the lease. It is the second one I signed through Honda. This past year I had a lot of major changes in my financial situation and it became necessary for me to declare bankruptcy. My home and my car were not included in the bankruptcy. Because of the timing of this case it fell over the date of the end of my lease agreement. The advice given to me at the time was for me to keep the car beyond the lease surrender date and return it once the bankruptcy was completed. I understood the fact that I would not be able to get a different vehicle until this time. I did visit the Phillipsburg Easton Honda dealership to try to turn my vehicle in early and lease a new one but they could not offer me anything in my price range. I am aware I am going to be charged additional mileage and fees and I do not dispute that either.

    At this time, I am asking Honda to allow me to keep this vehicle until after May 11 or until the bankruptcy is completed. I am willing to pay my car payment each month until that time. The payments were late because I didn't realize they had to be sent to a different address. I know that Honda does not have to consider my request but up to this time I have been a good customer through the last six years and would like to return to this company for my next vehicle.

    I am asking for this motion to be postponed until the bankruptcy can be completed. I am planning on returning the vehicle at that time.

    Thank you in advance for considering my request.

Cc Morton & Craig LLC Attn: William e. Craig, Esq

Cc Attorney Jason Rapa

Sincerely,

Kelly L. Lindy