IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: KELLY L. LALUZ<br>**Debtor(s)** | ) <br>) CHAPTER 7<br>) |
| AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES, ADMINISTRATOR FOR HONDA LEASE TRUST<br>**Moving Party** | ) CASE NO. 17-18227 (REF)<br>)<br>)<br>) HEARING DATE: **4-5-18 at 9:30 AM**<br>)<br>) 11 U.S.C. 362 |
| v. | ) |
| KELLY L. LALUZ<br>**Respondent(s)** | )<br>) |
| MICHAEL H. KALINER<br>**Trustee** | )<br>) |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of American Honda Finance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as **2015 Honda Civic** bearing vehicle identification number 19XFB2F59FE228842 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date: 4/5/18

_____
UNITED STATES BANKRUPTCY JUDGE